# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

| | |
|---|---|
| 1. REQUISITION NUMBER | W44W9M107402LV |

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER W52P1J-11-T-3044 | 6. SOLICITATION ISSUE DATE 02-Jun-2011 |
|---|---|---|---|---|

**7. FOR SOLICITATION INFORMATION CALL:**
a. NAME STEPHANIE A. BROWN
b. TELEPHONE NUMBER *(No Collect Calls)* 309-782-6083
8. OFFER DUE DATE/LOCAL TIME 01:00 PM 11 Jul 2011

**9. ISSUED BY** CODE W52P1J

ARMY CONTRACTING COMMAND - ROCK ISLAND
ACC-RI
BLDG 62, 3RD FLOOR
1 ROCK ISLAND ARSENAL
ROCK ISLAND IL 61299

TEL:
FAX:

**10. THIS ACQUISITION IS**
[ ] UNRESTRICTED
[X] SET ASIDE: 100 % FOR
[ ] SB
[ ] HUBZONE SB
[X] 8(A)
[ ] SVC-DISABLED VET-OWNED SB
[ ] EMERGING SB
SIZE STD: $18.5   NAICS: 561612

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS**

[X] **13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**
13b. RATING DO-S1

**14. METHOD OF SOLICITATION**
[X] RFQ   [ ] IFB   [ ] RFP

**15. DELIVER TO** CODE W44W9M
MCALESTER ARMY AMMUNITION PLANT
TRACIE HOWARD
1C TREE ROAD
MCALESTER OK 74501-9002
TEL:   FAX:

**16. ADMINISTERED BY** CODE

**17a. CONTRACTOR/OFFEROR** CODE

FACILITY CODE
TEL.

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE

[ ] 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED   [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

**28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN** 1 **COPIES**
[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

**29. AWARD OF CONTRACT: REFERENCE**
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** (SIGNATURE OF CONTRACTING OFFICER)

**31c. DATE SIGNED**

**30b. NAME AND TITLE OF SIGNER** *(TYPE OR PRINT)*

**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER** *(TYPE OR PRINT)*

TEL:   EMAIL:

# EXHIBIT 2

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449   (REV 3/2005)
Prescribed by GSA
FAR (48 CFR) 53.212

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED)

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001 | | 12 | Months | | |

Security Guard Services - Base Year
FFP
Security Guard Services in support of McAlester Army Ammunition Plan - Base
Year Period of Performance:  01 October 2011 – 30 September 2012.

Contractor shall provide all personnel and equipment to perform services in
accordance with the separately attached Scope of Work (SOW).

Per Month Price for Services with Contractor Provided
Vehicles $_____ x 12 Months = $_____ Total

Per Month Price for Services with Government Owned
Vehicles $_____ x 12 Months = $_____ Total

Contract Data Requirements List – Base Year Period of Performance 1 October
2011 - 30 September 2012.  Contractor shall prepare and deliver the data set forth
in the Contract Data List, DD Form 1423, which is separately attached.  This item
is not separately priced.

Service Contract Act and Wage Determination apply to this procurement.  Service
Contract Act and Wage Determination #2005-2433 Rev 10 dated 09/27/2010;
Accessible at http://www.wdol.gov .

Separately attached Scope of Work (SOW) and Post Manning Schedules are
applicable to this procurement in addition to any other specifications found in this
solicitation.

FOB: Destination
NSN: AASSVC107402LV
MILSTRIP: W44W9M107402LV
PURCHASE REQUEST NUMBER: W44W9M107402LV

_____

NET AMT

| ITEM NO<br>0002 | SUPPLIES/SERVICES | QUANTITY<br>1,600 | UNIT<br>Labor<br>Hours | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

Additional Guard Services - Base Year
FFP
Additional Guard Services - Base Year Period of Performance 1 October 2011 - 30 September 2012

Additional Security to provide additional services for special events at various posts as required in the separately attached Scope of Work.

1,600 Hours  x  $_____ Per Hour = $ _____ Total

The above hours are not guarenteed to the Contractor.  They will be used on an as needed basis only.

The Government shall not be obligated to the contractor for any hours left unused at the end of the contract period.

FOB: Destination

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0003 OPTION | | 12 | Months | | |

Security Guard Services - Opt Year 1
FFP
Security Guard Services in support of McAlester Army Ammunition Plan - Option Year One (1) Period of Performance:  01 October 2012 – 30 September 2013.

Contractor shall provide all personnel and equipment to perform services in accordance with the separately attached Scope of Work (SOW).

Per Month Price for Services with Contractor Provided Vehicles $_____ x 12 Months = $_____ Total

Per Month Price for Services with Government Owned Vehicles $_____ x 12 Months = $_____ Total


Contract Data Requirements List – Option Year One (1) Period of Performance 1 October 2012 - 30 September 2013.  Contractor shall prepare and deliver the data set forth in the Contract Data List, DD Form 1423, which is separately attached. This item is not separately priced.


Service Contract Act and Wage Determination apply to this procurement.  Service Contract Act and Wage Determination #2005-2433 Rev 10 dated 09/27/2010; Accessible at http://www.wdol.gov .


Separately attached Scope of Work (SOW) and Post Manning Schedules are applicable to this procurement in addition to any other specifications found in this solicitation.

FOB: Destination

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0004 | | 1,600 | Labor Hours | | |

OPTION

Additional Guard Services - Opt Year 1
FFP
Additional Guard Services - Option Year One (1) Period of Performance 1 October 2012 - 30 September 2013

Additional Security to provide additional services for special events at various posts as required in the separately attached Scope of Work.

1,600 Hours  x  $_____ Per Hour = $ _____ Total

The above hours are not guarenteed to the Contractor.  They will be used on an as needed basis only.

The Government shall not be obligated to the contractor for any hours left unused at the end of the contract period.

FOB: Destination

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0005 OPTION | | 12 | Months | | |

Security Guard Services - Opt Year 2
FFP
Security Guard Services in support of McAlester Army Ammunition Plan - Option Year Two (2) Period of Performance:  01 October 2013 – 30 September 2014.

Contractor shall provide all personnel and equipment to perform services in accordance with the separately attached Scope of Work (SOW).

Per Month Price for Services with Contractor Provided
Vehicles $_____ x 12 Months = $_____ Total

Per Month Price for Services with Government Owned
Vehicles $_____ x 12 Months = $_____ Total

Contract Data Requirements List – Option Year Two (2) Period of Performance 1 October 2013 - 30 September 2014.  Contractor shall prepare and deliver the data set forth in the Contract Data List, DD Form 1423, which is separately attached. This item is not separately priced.

Service Contract Act and Wage Determination apply to this procurement.  Service Contract Act and Wage Determination #2005-2433 Rev 10 dated 09/27/2010; Accessible at http://www.wdol.gov .

Separately attached Scope of Work (SOW) and Post Manning Schedules are applicable to this procurement in addition to any other specifications found in this solicitation.

FOB: Destination

NET AMT        _____

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 1,600 | Labor Hours | | |

OPTION   Additional Guard Services - Opt Year 2
FFP
Additional Guard Services - Option Year Two (2) Period of Performance 1
October 2013 - 30 September 2014

Additional Security to provide additional services for special events at various
posts as required in the separately attached Scope of Work.

1,600 Hours  x  $_____ Per Hour = $ _____ Total

The above hours are not guarenteed to the Contractor.  They will be used on an as
needed basis only.

The Government shall not be obligated to the contractor for any hours left unused
at the end of the contract period.

FOB: Destination

_____

                                                          NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0007 | | 12 | Months | | |
| OPTION | | | | | |

Security Guard Services - Opt Year 3
FFP
Security Guard Services in support of McAlester Army Ammunition Plan - Option Year Three (3) Period of Performance:  01 October 2014 – 30 September 2015.

Contractor shall provide all personnel and equipment to perform services in accordance with the separately attached Scope of Work (SOW).

Per Month Price for Services with Contractor Provided
Vehicles $_____ x 12 Months = $_____ Total

Per Month Price for Services with Government Owned
Vehicles $_____ x 12 Months = $_____ Total

Contract Data Requirements List – Option Year Three (3) Period of Performance 1 October 2014 - 30 September 2015.  Contractor shall prepare and deliver the data set forth in the Contract Data List, DD Form 1423, which is separately attached. This item is not separately priced.

Service Contract Act and Wage Determination apply to this procurement.  Service Contract Act and Wage Determination #2005-2433 Rev 10 dated 09/27/2010; Accessible at http://www.wdol.gov .

Separately attached Scope of Work (SOW) and Post Manning Schedules are applicable to this procurement in addition to any other specifications found in this solicitation.

FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 1,600 | Labor Hours | | |

OPTION

Additional Guard Services - Opt Year 3
FFP
Additional Guard Services - Option Year Three (3) Period of Performance 1 October 2014 - 30 September 2015

Additional Security to provide additional services for special events at various posts as required in the separately attached Scope of Work.

1,600 Hours  x  $_____  Per Hour = $ _____  Total

The above hours are not guarenteed to the Contractor.  They will be used on an as needed basis only.

The Government shall not be obligated to the contractor for any hours left unused at the end of the contract period.


FOB: Destination


_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 12 | Months | | |

OPTION

Security Guard Services - Opt Year 4
FFP
Security Guard Services in support of McAlester Army Ammunition Plan - Option Year Four (4) Period of Performance:  01 October 2015 – 30 September 2016.

Contractor shall provide all personnel and equipment to perform services in accordance with the separately attached Scope of Work (SOW).

Per Month Price for Services with Contractor Provided
Vehicles $_____ x 12 Months = $_____ Total

Per Month Price for Services with Government Owned
Vehicles $_____ x 12 Months = $_____ Total

Contract Data Requirements List – Option Year Four (4) Period of Performance 1 October 2015 - 30 September 2016.  Contractor shall prepare and deliver the data set forth in the Contract Data List, DD Form 1423, which is separately attached. This item is not separately priced.

Service Contract Act and Wage Determination apply to this procurement.  Service Contract Act and Wage Determination #2005-2433 Rev 10 dated 09/27/2010; Accessible at http://www.wdol.gov .

Separately attached Scope of Work (SOW) and Post Manning Schedules are applicable to this procurement in addition to any other specifications found in this solicitation.

FOB: Destination

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0010 | | 1,600 | Labor Hours | | |

OPTION

Additional Guard Services - Opt Year 4
FFP
Additional Guard Services - Option Year Four (4) Period of Performance 1
October 2015 - 30 September 2016

Additional Security to provide additional services for special events at various
posts as required in the separately attached Scope of Work.

1,600 Hours  x  $_____  Per Hour = $ _____  Total

The above hours are not guarenteed to the Contractor.  They will be used on an as
needed basis only.

The Government shall not be obligated to the contractor for any hours left unused
at the end of the contract period.

Electronic bid submission will only be accepted in response to this solicitation IF
and ONLY IF contractors complete the solicitation from the government user
uploaded solicitation files area of ASFI/FEDBIZOPPS in its entirety.  Then the
completed solicitation may be signed by an authorized party, scanned, included as
an attachment, and emailed to the address as provided in the solicitation.
Otherwise, all offers must be faxed (309-782-8002) or mailed by the specified date
and time.  This statement supersedes any other guidance regarding electronic bid
submission.

FOB: Destination

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0011    |                   |          |      |            |        |

Contractor Manpower Reporting (CMR)
FFP
Contractor Manpower Reporting Shall Apply to All CLINs, See FAR 52.0000-4016

This Line Item is Not Separately Price From All CLINs
FOB: Destination

_____

NET AMT

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0007 | Destination | Government | Destination | Government |
| 0008 | Destination | Government | Destination | Government |
| 0009 | Destination | Government | Destination | Government |
| 0010 | Destination | Government | Destination | Government |
| 0011 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | POP 01-OCT-2011 TO 30-SEP-2012 | N/A | MCALESTER ARMY AMMUNITION PLANT<br>TRACIE HOWARD<br>1C TREE ROAD<br>MCALESTER OK 74501-9002<br>FOB:  Destination | W44W9M |

| 0002 | POP 01-OCT-2011 TO 30-SEP-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0003 | POP 01-OCT-2012 TO 30-SEP-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0004 | POP 01-OCT-2012 TO 30-SEP-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0005 | POP 01-OCT-2013 TO 30-SEP-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0006 | POP 01-OCT-2013 TO 30-SEP-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0007 | POP 01-OCT-2014 TO 30-SEP-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0008 | POP 01-OCT-2014 TO 30-SEP-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0009 | POP 01-OCT-2015 TO 30-SEP-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0010 | POP 01-OCT-2015 TO 30-SEP-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |
| 0011 | SEE FAR 52.0000-4016 | | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44W9M |

CLAUSES INCORPORATED BY REFERENCE

| 52.212-1 | Instructions to Offerors--Commercial Items | JUN 2008 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | JUN 2010 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-3   OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (OCT 2010) ALTERNATE I (APR 2002)

An offeror shall complete only paragraph (b) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

Inverted domestic corporation means a foreign incorporated entity which is treated as an inverted domestic corporation under 6 U.S.C. 395(b), i.e., a corporation that used to be incorporated in the United States, or used to be a partnership in the United States, but now is incorporated in a foreign country, or is a subsidiary whose parent corporation is incorporated in a foreign country, that meets the criteria specified in 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Manufactured end product" means any end product in Federal Supply Classes (FSC) 1000-9999, except—

(1) FSC 5510, Lumber and Related Basic Wood Materials;

(2) Federal Supply Group (FSG) 87, Agricultural Supplies;

(3) FSG 88, Live Animals;

(4) FSG 89, Food and Related Consumables;

(5) FSC 9410, Crude Grades of Plant Materials;

(6) FSC 9430, Miscellaneous Crude Animal Products, Inedible;

(7) FSC 9440, Miscellaneous Crude Agricultural and Forestry Products;

(8) FSC 9610, Ores;

(9) FSC 9620, Minerals, Natural and Synthetic; and

(10) FSC 9630, Additive Metal Materials.

"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

Restricted business operations means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate--

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern--

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) (1) Annual Representations and Certifications. Any changes provided by the offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certifications electronically via the ORCA website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications--Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs ----------.

(Offeror to identify the applicable paragraphs at (c) through (n) of this provision that the offeror has completed for the purposes of this solicitation only, if any.)

These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.]

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) Veteran-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(3) Service-disabled veteran-owned small business concern. (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) Women-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, ( ) is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

_____

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. (Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.)

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).) The offeror represents as part of its offer that it ( ) is, ( ) is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

Average Annual

Number of Employees Gross Revenues

___ 50 or fewer ___ $1 million or less

___ 51 - 100 ___ $1,000,001 - $2 million

___ 101 - 250 ___ $2,000,001 - $3.5 million

___ 251 - 500 ___ $3,500,001 - $5 million

___ 501 - 750 ___ $5,000,001 - $10 million

___ 751 - 1,000 ___ $10,000,001 - $17 million

___ Over 1,000 ___ Over $17 million

(9) (Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)

(i) General. The offeror represents that either--

(A) It ( ) is, ( ) is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It ( ) has, ( )( has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. (The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____.)

(10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:_____.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) (The offeror shall check the category in which its ownership falls):

____Black American.

____Hispanic American.

____Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____Individual/concern, other than one of the preceding.

(d) Certifications and representations required to implement provisions of Executive Order 11246--

(1) Previous Contracts and Compliance. The offeror represents that--

(i) It ( ) has, ( ) has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the and

(ii) It ( ) has, ( ) has not, filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It (  ) has developed and has on file, (  ) has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

(ii) It (  ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) Buy American Act--Balance of Payments Program Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act--Balance of Payments Program--Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act--Supplies."

(2) Foreign End Products:

Line Item No.:-------------------------------------------------------
Country of Origin:-------------------------------------------------------

(List as necessary)

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)
(1) Buy American Act -- Free Trade Agreements -- Israeli Trade Act Certificate. (Applies only if the clause at FAR 52.225-3, Buy American Act -- Free Trade Agreements -- Israeli Trade Act, is included in this solicitation.)

The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "Bahrainian, Moroccan, Omani, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act-Free Trade Agreements-Israeli Trade Act."

(ii) ) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled ``Buy American Act--Free Trade Agreements--Israeli Trade Act'':

Free Trade Agreement Country End Products (Other than Bahrainian, Moroccan, Omani, or Peruvian End Products) or Israeli End Products:

                    Line Item No.
                    --------------------
                    --------------------
                    --------------------

[List as necessary]

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) or this provision) as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---------------|-------------------|
|               |                   |
|               |                   |
|               |                   |

[List as necessary]

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate, Alternate I *(Jan 2004)*. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act":

Canadian End Products:
Line Item No.:
_____
[List as necessary]

(3) Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate, Alternate II *(Jan 2004)*. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled ``Buy American Act--Free Trade Agreements--Israeli Trade Act'':

Canadian or Israeli End Products:

| Line Item No.: | Country of Origin: |
|----------------|--------------------|
|                |                    |

| | |
|---|---|
| | |
| | |

*[List as necessary]*

(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product as defined in the clause of this solicitation entitled "Trade Agreements."
(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products

| Line Item No.: | Country of Origin: |
|---|---|
| | |
| | |
| | |

[List as necessary]

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) Certification Regarding Responsibility Matters (Executive Order 12689). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals--

(1) ( ) Are, ( ) are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) ( ) Have, ( ) have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or Commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property; and

(3) ( ) Are, ( ) are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and
(4) [ballot] Have, [ballot] have not, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains unsatisfied.

(i) Taxes are considered delinquent if both of the following criteria apply:

(A) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii) Examples.

(A) The taxpayer has received a statutory notice of deficiency, under I.R.C. Sec. 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. Sec. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(C) The taxpayer has entered into an installment agreement pursuant to I.R.C. Sec. 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126).  (The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).)

(1) Listed End Product

| Listed End Product | • | Listed Countries of Origin: |
|---|---|---|
| • | • | |
| • | • | |
| • | • | |

(2) Certification.  (If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.)

(  )(i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

(  ) (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that is has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j) *Place of manufacture.* (Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly—

(1) ( )In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or

(2) ( ) Outside the United States.

(k) Certificates regarding exemptions from the application of the Service Contract Act. (Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.)  (The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.)

( ) (1) Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror ( ) does ( ) does not certify that--

(i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror in substantial quantities to the general public in the course of normal business operations;

(ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

( ) (2) Certain services as described in FAR 22.1003-4(d)(1). The offeror ( ) does ( ) does not certify that--

(i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3) If paragraph (k)(1) or (k)(2) of this clause applies--

(i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Act wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

(l) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

( ) TIN: -------------------.

( ) TIN has been applied for.

( ) TIN is not required because:

( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

( ) Offeror is an agency or instrumentality of a foreign government;

( ) Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

( ) Sole proprietorship;

( ) Partnership;

( ) Corporate entity (not tax-exempt);

( ) Corporate entity (tax-exempt);

( ) Government entity (Federal, State, or local);

( ) Foreign government;

( ) International organization per 26 CFR 1.6049-4;

( ) Other ----------.

(5) Common parent.

( ) Offeror is not owned or controlled by a common parent;

( ) Name and TIN of common parent:

Name -------------------.
TIN -------------------.

(m) Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n) Prohibition on Contracting with Inverted Domestic Corporations.

(1) Relation to Internal Revenue Code. A foreign entity that is treated as an inverted domestic corporation for purposes of the Internal Revenue Code at 26 U.S.C. 7874 (or would be except that the inversion transactions were completed on or before March 4, 2003), is also an inverted domestic corporation for purposes of 6 U.S.C. 395 and for this solicitation provision (see FAR 9.108).

(2) Representation. By submission of its offer, the offeror represents that it is not an inverted domestic corporation and is not a subsidiary of one.

(End of provision)

52.212-5   CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JAN 2011)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

Alternate I (Aug 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

_X__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

_X__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010)(Pub. L. 110-252, Title VI, Chapter 1 (41 U.S.C. 251 note)).

___ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

_X__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUL 2010) (Pub. L. 109-282) (31 U.S.C. 6101 note).

___ (5) 52.204-11, American Recovery and Reinvestment Act—Reporting Requirements (JUL 2010) (Pub. L. 111-5).

_X__ (6) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (DEC 2010) (31 U.S.C. 6101 note). (Applies to contracts over $30,000. (Not applicable to subcontracts for the acquisition of commercially available off-the-shelf items).

___ (7) 52.219-3, Notice of Total HUBZone Set-Aside or Sole-Source Award (JAN 2011) (15 U.S.C. 657a).

___ (8) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JAN 2011) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

___ (9) [Reserved].

_X__ (10)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II (MAR 2004) of 52.219-6.

___ (11)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II (MAR 2004) of 52.219-7.

_X__ (12) 52.219-8, Utilization of Small Business Concerns (JAN 2011) (15 U.S.C. 637 (d)(2) and (3)).

___ (13)(i) 52.219-9, Small Business Subcontracting Plan (JAN 2011) (15 U.S.C. 637(d)(4)).

___ (ii) Alternate I (OCT 2001) of 52.219-9

___ (iii) Alternate II (OCT 2001) of 52.219-9.

___ (iv) Alternate III (JUL 2010) of 52.219-9.

_X__ (14) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

___ (15) 52.219-16, Liquidated Damages--Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

___ (16)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (OCT 2008) (10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

___ (ii) Alternate I (JUNE 2003) of 52.219-23.

___ (17) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (APR 2008) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (18) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (19) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (MAY 2004) (U.S.C. 657 f).

_X__ (20) 52.219-28, Post Award Small Business Program Rerepresentation (APR 2009) (15 U.S.C. 632(a)(2)).

_X__ (21) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

_X__ (22) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JUL 2010) (E.O. 13126).

__X_ (23) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

_X_ (24) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

_X_ (25) 52.222-35, Equal Opportunity for Veterans (SEP 2010) (38 U.S.C. 4212).

__X_ (26) 52.222-36, Affirmative Action for Workers with Disabilities (OCT 2010) (29 U.S.C. 793).

_X_ (27) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

__X_ (28) 52.222-37, Employment Reports on Veterans (SEP 2010) (38 U.S.C. 4212).

_X__ (29) 52.222-54, Employment Eligibility Verification (JAN 2009). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

___ (30) (i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(c)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (31) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b)

___ (32)(i) 52.223-16, IEEE 1680 Standard for the Environmental Assessment of Personal Computer Products (DEC 2007) (E.O. 13423)     .

___ (ii) Alternate I (DEC 2007) of 52.223-16. .

_**X**__ (33) 52.223-18, Contractor Policy to Ban Text Messaging while Driving (SEP 2010) (E.O. 13513).

___ (34) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

___ (35)(i) 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act (JUN 2009) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, Pub. L. 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, and 110-138).

___ (ii) Alternate I (JAN 2004) of 52.225-3.

___ (iii) Alternate II (JAN 2004) of 52.225-3.

___ (36) 52.225-5, Trade Agreements (AUG 2009) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_**X**__ (37) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

___ (38) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).

___ (39) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).

___ (40) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f))

___ (41) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

__**X**_ (42) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

___ (43) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332)

___ (44) 52.232-36, Payment by Third Party (FEB 2010) (31 U.S.C. 3332).

___ (45) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

___ (46)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631).

___ (ii) Alternate I (APR 2003) of 52.247-64.

____

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

__X__ (1) 52.222-41, Service Contract Act of 1965 (Nov 2007) (41 U.S.C. 351, et seq.).

__X__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

__X__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (SEP 2009) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (SEP 2009) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.)

____ (5) 52.222-51, Exemption from Application of the Service Contract Act to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (Nov 2007) (41 U.S.C. 351, et seq.).

____ (6) 52.222-53, Exemption from Application of the Service Contract Act to Contracts for Certain Services-- Requirements (FEB 2009) (41 U.S.C. 351, et seq.).

____ (7) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Mar  2009) (Pub. L. 110-247).

____ (8) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008)(31 U.S.C. 5112(p)(1)).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1)in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (Pub. L. 110-252, Title VI, Chapter 1 (41 U.S.C. 251 note).

(ii) 52.219-8, Utilization of Small Business Concerns (DEC 2010) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) Reserved.

(iv) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

(v) 52.222-35, Equal Opportunity for Veterans (SEP 2010) (38 U.S.C. 4212).

(vi) 52.222-36, Affirmative Action for Workers with Disabilities (OCT 1998) (29 U.S.C. 793).

(vii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(viii) 52.222-41, Service Contract Act of 1965 (Nov 2007) (41 U.S.C. 351, et seq.).

(ix) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

Alternate I (AUG 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(x) 52.222-51, Exemption from Application of the Service Contract Act to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (Nov 2007) (41 U.S.C. 351, et seq.).

(xi) 52.222-53, Exemption from Application of the Service Contract Act to Contracts for Certain Services--Requirements (FEB 2009) (41 U.S.C. 351, et seq.).

(xii) 52.222-54, Employment Eligibility Verification (JAN 2009).

(xiii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (MAR 2009) (Pub. L. 110-247). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xiv) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

252.212-7000    OFFEROR REPRESENTATIONS AND CERTIFICATIONS- COMMERCIAL ITEMS.  (JUN 2005)

(a) Definitions.

As used in this clause-

(1) Foreign person means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec. 2415).

(2) United States means the 50 States, the District of Columbia, outlying areas, and the outer Continental Shelf as defined in 43 U.S.C. 1331.

(3) United States person is defined in Section 16(2) of the Export Administration  Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of  any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) Certification.

By submitting this offer, the Offeror, if a foreign person, company or entity, certifies that it -

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec. 2407(a) prohibits a United States person from taking.

(c) Representation of Extent of Transportation by Sea. (This representation does not apply to solicitations for the direct purchase of ocean transportation services).

(1) The Offeror shall indicate by checking the appropriate blank in paragraph (c)(2) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(2) Representation.

The Offeror represents that it-

___Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

___Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(3) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea Clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense Federal Acquisition Regulation Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)


252.212-7001  CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (MAR 2011)

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

  _X__ 52.203-3, Gratuities (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

  (1) _X__252.203-7000, Requirements Relating to Compensation of Former DoD Officials (JAN 2009) (Section 847 of Pub. L. 110-181).

  (2) ___ 252.205-7000, Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

  (3) ___ 252.219-7003, Small Business Subcontracting Plan (DoD Contracts) (OCT 2010) (15 U.S.C. 637).

  (4) ___ 252.219-7004, Small Business Subcontracting Plan (Test Program) (JAN 2011) (15 U.S.C. 637 note).

  (5)(i) ___ 252.225-7001, Buy American Act and Balance of Payments Program (JAN 2009) (41 U.S.C. 10a-10d, E.O. 10582).

(ii) ____ Alternate I (DEC 2010) of 252.225-7001.

  (6) ____ 252.225-7008, Restriction on Acquisition of Specialty Metals (JUL 2009) (10 U.S.C. 2533b).

  (7) ____ 252.225-7009, Restriction on Acquisition of Certain Articles Containing Specialty Metals (JAN 2011) (10 U.S.C. 2533b).

  (8) __X__ 252.225-7012, Preference for Certain Domestic Commodities (JUN 2010) (10 U.S.C. 2533a).

(9) ____ 252.225-7015, Restriction on Acquisition of Hand or Measuring Tools (JUN 2005) (10 U.S.C. 2533a).

(10) ____ 252.225-7016, Restriction on Acquisition of Ball and Roller Bearings (DEC 2010) (Section 8065 of Public Law 107-117 and the same restriction in subsequent DoD appropriations acts).

(11) )(i) ___ 252.225-7021, Trade Agreements (NOV 2009) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

(ii) ___ Alternate I (SEP 2008)

(iii) ___ Alternate II (DEC 2010) of 252.225-7021.

(12) ____ 252.225-7027, Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779).

(13) __X__ 252.225-7028, Exclusionary Policies and Practices of Foreign Governments (APR 2003) (22 U.S.C. 2755).

(14)(i) ____ 252.225-7036, Buy American Act--Free Trade Agreements--Balance of Payments Program (DEC 2010) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

(ii) ___ Alternate I (JUL 2009) of 252.225-7036.

(iii) ___ Alternate II (DEC 2010) of 252.225-7036.

(iv) ___ Alternate III (DEC 2010) of 252.225-7036.

(15) ____ 252.225-7038, Restriction on Acquisition of Air Circuit Breakers (JUN 2005) (10 U.S.C. 2534(a)(3)).

(16) __X___ 252.226-7001, Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (SEP 2004) (Section 8021 of Public Law 107-248 and similar sections in subsequent DoD appropriations acts).

(17) ____ 252.227-7015, Technical Data--Commercial Items (MAR 2011) (10 U.S.C. 2320).

(18) ____ 252.227-7037, Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321).

(19) __X__ 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports (MAR 2008) (10 U.S.C. 2227).

(20) ____ 252.237-7019, Training for Contractor Personnel Interacting with Detainees (SEP 2006) (Section 1092 of Public Law 108-375).

(21) ____252.237-7010, Prohibition on Interrogation of Detainees by Contractor Personnel (NOV 2010) (Section 1038 of Pub. L. 111-84).

(22) __X___ 252.243-7002, Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410).

(23) ____ 252.246-7004, Safety of Facilities, Infrastructure, and Equipment for Military Operations (OCT 2010) (Section 807 of Public Law 111-84).

(24)____ 252.247-7003, Pass-Through of Motor Carrier Fuel Surcharge Adjustment to the Cost Bearer (SEP 2010) (Section 884 of Public Law 110-417).

(25)(i) __X___ 252.247-7023, Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

(ii) ____ Alternate I (MAR 2000) of 252.247-7023.

(iii) ____ Alternate II (MAR 2000) of 252.247-7023.

(iv) ____ Alternate III (MAY 2002) of 252.247-7023.

(26) __X___ 252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (FAR 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

(1) 252.237-7010, Prohibition on Interrogation of Detainees by Contractor Personnel (NOV 2010) (Section 1038 of Pub. L. 111-84).

(2) 252.237-7019, Training for Contractor Personnel Interacting with Detainees (SEP 2006) (Section 1092 of Public Law 108-375).

(3) 252.247-7003, Pass-Through of Motor Carrier Fuel Surcharge Adjustment to the Cost Bearer (SEP 2010) (Section 884 of Public Law 110-417).

(4) 252.247-7023, Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

(5) 252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(End of clause)


ADDENDUM TO SOLICITATION
Addendum to Solicitation W52P1J-11-T-3044

1. **Conformance with Environmental Management System – For Work Performed at McAlester Army Ammunition Plant (OCT 2008)**
2. **Prohibited Within General Confines of Installation (FEB 2004)**
3. **Security Requirements – Badging**
4. **Security Requirements – Vehicles**
5. **Receiving Office Requirement – MCAAP (FEB 2004)**
6. **Hours of Operation - MCAAP**


**1. TITLE:** 52.0023-4000 CONFORMANCE WITH ENVIRONMENTAL MANAGEMENT SYSTEM – FOR WORK PERFORMED AT MCALESTER ARMY AMMUNITION PLANT  (OCT 2008)

**CLAUSE:**
The Contractor shall perform work under this contract consistent with all applicable federal, state, local requirements and with the relevant policy and objectives identified in McAlester Army Ammunition Plant's (MCAAP's) environmental management system (EMS) located to http:www.mcaap.army.mil.  The Contractor shall perform work in a manner that conforms to all applicable Environmental Management Programs and Operational Controls identified by the MCAAP EMS, and provide monitoring and measurement information as necessary for the organization to address environmental performance relative to MCAAP's EMS objectives and goals.  In the event

an environmental nonconformance or noncompliance associated with the contracted services is identified, the Contractor shall take corrective and/or preventative actions. In the case of a noncompliance, the Contractor shall respond and take corrective action immediately. In violations caused by Contractor negligence, the Contractor shall reimburse the Government for the amount of that fine and all associated costs. The Contractor shall also provide cleanup of any spills, including oil, that result from the Contractor's operations and report spills to MCAAP's Environmental Management Office. In the case of a nonconformance, the Contractor shall respond and take corrective action based on the time schedule established by the Environmental Management Office and approved by the Contracting Officer. In addition, the Contractor shall ensure that their employees are aware of the roles and responsibilities identified by the EMS and how these requirements affect their work performed under this contract.

Prior to commencing work, all on-site Contractors shall provide documentation to the Contracting Officer that any required EPA sponsored environmental training specified for the type of work conducted has been obtained. Upon contract award, and during performance of the contract, the Contracting Officer's Representative will provide or arrange EMS training for appropriate Contractor staff.


**2.  TITLE:**  52.0045-4001 PROHIBITED WITHIN GENERAL CONFINES OF INSTALLATION (FEB 2004)

**CLAUSE:**
The following are prohibited within the general confines of the McAlester Army Ammunition Plant at any time:
(a)  Firearms/dangerous weapons
(b)  Drugs/intoxicants
(c)  Binoculars, cameras, camera equipment, cell phones and PDAs with camera capability (unless authorized by the Security Officer)
(d)  Matches, lighters or other fire flame or spark producing devices in designated areas
(e)  Gas cans/flammable material storage containers (unless approved by MCAAP Fire Department)
(f)  Fireworks without the Commander's approval
(g)  Smoking in all buildings, when handling flammable and hazardous materials, in railroad cars, trucks and vans, on warehouse docks and platforms, in open storage containing combustibles, within 50 feet of a gasoline refueling storage or drainage area, where posted signs prohibit smoking.
(End of clause)

**3.  TITLE:**  52.0045-4002  SECURITY REQUIREMENTS - BADGING

**CLAUSE:**
(a) Any foreign nationals without a green card will not be allowed entrance to the installation. Those individuals with a green card must be escorted within the restricted area at all times
(b) Contractors by virtue of contract award will be given access privileges to McAlester AAP. Contractors/Sub-Contractors are required to provide security at McAlester AAP a letter of introduction for company personnel by providing the following: 1) Name;  2) Physical Address (including city and state); 3) Date of Birth; 4) Place of Birth; and 5) Whether or not they are a U.S. Citizen on company letterhead. Information shall be provided to McAlester AAP, Security Division, Attn: Ms. Traci Howard, McAlester, OK 74501 or faxed to 918-420-7379. (Applies to contracts that require access to restricted areas)
(c) Each member of the Contractor's work force shall be individually badged at the Security Office in Building 31. The badge shall be retained and worn by the Contractor's employees throughout the contract period. (Applies to contracts that require access to restricted areas)
(d) Contractor is responsible for the turn-in of all security badges, including sub-contractors badges, daily and upon completion of the contract or termination of individual employees. (Applies to contracts that require access to restricted areas)
(e) Report lost badges to the Security Office and the KO as soon as the loss is discovered. (Applies to contracts that require access to restricted areas)

(f) Be prepared to produce security badges each time entering a security area. Temporary badges for any individual who may have forgotten his/her badge can be obtained from the Security Office. (Applies to contracts that require access in restricted areas).
(End of clause)

**4. TITLE:** 52.0045-4003  SECURITY REQUIREMENTS - VEHICLES

**CLAUSE:**
(1) TRAFFIC ENFORCEMENT: (a) McAlester AAP traffic laws are enforced by the Law Enforcement and Security Division using Oklahoma state codes. All roads/streets have speed limit signs posted; (b) Traffic violations are adjudicated by the U.S. Magistrate located at McAlester AAP. Court appearances may be requested or mandatory; and (c) Radar is used to enforce traffic speed limits.
(2) INSURANCE:  All vehicles entering the installation must possess the minimum insurance as required by the State of Oklahoma.
(3) VEHICLES: (a) Vehicles entering McAlester AAP, whether Contractor-owned or privately owned, shall undergo inspections and may be issued a pass if entering a restricted area. Vehicle permits for restricted areas will be issued for up to 45 days maximum. Each vehicle will be required to carry a fire extinguisher at all times; (b) Company or privately-owned vehicles, when parked, must have ignition keys removed. After duty hours, vehicles left on the installation will be parked outside restricted areas unless otherwise stipulated in the contract. Vehicles or equipment remaining inside restricted areas will be properly secured or immobilized; and (c) Contractor is solely responsible for the removal of incapacitated vehicles or equipment from restricted areas. (d) All vehicles shall be parked at least 20 meters from all buildings unless unloading or loading; and (e) The contractor can expect to be inspected at one or all of the two manned gates. The contractor should expect five to ten minute delays at each gate. In addition, to get to some of the remote areas, the contractor should expect at least a 15-minute delay both in and out to allow security to open necessary gates.
(4) RESTRICTED AREAS: Any contractor personnel granted access into restricted areas will be subject to vehicle search upon entering or leaving these areas possibility resulting in some delay. Any non-US contractor personnel granted access into restricted areas w ill at all times be escorted by US contractor personnel who have been properly badged and granted access. (Applies to contracts that require work in restricted areas)
(End of clause)

**5. TITLE:** 52.0011-4000  RECEIVING OFFICE REQUIREMENT – MCAAP (FEB 2004)

**CLAUSE:**
At the McAlester Army Ammunition Plant truck shipments are accepted at Warehouse 8, Receiving Office, Monday though Thursday (except holidays) from 6:30 A.M. until 3:00 P.M. only.  All shipments must be at main gate (truck gate) on or before 3:00 P.M.  No shipments will be accepted after 3:00 P.M. unless prior arrangements have been made.

**No shipments will be accepted on government holidays**.
(End of Notice)

**6. TITLE:** 52.0047-4001     HOURS OF OPERATION - MCAAP

**CLAUSE:**
Normal work hours are Monday through Thursday 6:30 A.M. until 5 P.M.  Contractors will not be permitted to work on Fridays, Saturdays, Sundays, or legal holidays for any reason, unless otherwise approved by the Contracting Officer.  The following legal holidays will be observed:

January 1st

3rd Monday of January
3rd Monday of February
Last Monday of May
July 4th
1st Monday of September
2nd Monday of October
November 11th
4th Thursday of November
December 25th

When one of the designated holidays falls on a Friday or Saturday, holiday will be observed on Thursday. If the holiday falls on a Sunday, holiday will be observed on the following Monday.
(End of Notice)

ADDENDUM TO SOLICITATION
**Addendum to Solicitation W52P1J-11-T-3044**

**Clauses Incorporated By Full Text**

1. **Updated of Information Regarding Responsibility Matters**
2. **Notification of Competition Limited to Eligible 8(a) Concerns**
3. **Service of Protest**
4. **Defense Priority and Allocation Requirements**
5. **Electronic Award Notice**
6. **ASFI Notice**
7. **Clauses/Solicitation Provisions Incorporated By Reference**
8. **Disclosure of Unit Price Information**
9. **Notice of Priority Rating for National Defense, Emergency Preparedness, and Energy use Program Use**
10. **F.O.B. Destination**
11. **Qualifying Country Sources as Subcontractors**
12. **Contractor Manpower Reporting**
13. **U.S. Department of Labor Wage Determination**
14. **AMC-Level Protest Program**
15. **Authority of Government Representative**
16. **Certification Regarding Responsibility Matters**
17. **Information Regarding Responsibility Matters**
18. **Updates of Publicly Available Information Regarding Responsibility Matters**
19. **Non-Release of Contract Information**
20. **Online Representations and Certifications Application (ORCA)**
21. **Access and Working Hours Alt I**
22. **Required Amounts of Insurance**
23. **Authorized Signature**
24. **Evaluation of Options**
25. **Site Visit**
26. **Prompt Payment**

27. **Contractor Performance Information**
28. **Option to Extend Services**
29. **Option to Extend the Term of the Contract**
30. **Billing Instructions**
31. **Section 8(a) Direct Award**
32. **Alternate A.**
33. **Contractor Performance Information**

## 1.    52.209-8 UPDATES OF INFORMATION REGARDING RESPONSIBILITY MATTERS (DEVIATION) (OCT 2010)

(a)(1) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the Central Contractor Registration database at http://www.ccr.gov (see 52.204-7).

(2) At the first semi-annual update on or after April 15, 2011, the Contractor shall post again any required information that the Contractor posed prior to April 15, 2011.

(b)(1) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(2) The Contractor will have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) Public access to information in FAPIIS.

(i) Public requests for system information that was posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(ii) As required by section 3010 of Public Law 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.
(End of clause)

## 2.    52.219-18 NOTIFICATION OF COMPETITION LIMITED TO ELIGIBLE 8(a) CONCERNS (JUNE 2003)

(a) Offers are solicited only from small business concerns expressly certified by the Small Business Administration (SBA) for participation in the SBA's 8(a) Program and which meet the following criteria at the time of submission of offer --

(1) The Offeror is in conformance with the 8(a) support limitation set forth in its approved business plan; and

(2) The Offeror is in conformance with the Business Activity Targets set forth in its approved business plan or any remedial action directed by the SBA.

(b) By submission of its offer, the Offeror represents that it meets all of the criteria set forth in paragraph (a) of this clause.

(c) Any award resulting from this solicitation will be made to the Small Business Administration, which will subcontract performance to the successful 8(a) offeror selected through the evaluation criteria set forth in this solicitation.

(d)

    (1) *Agreement*. A small business concern submitting an offer in its own name shall furnish, in performing the contract, only end items manufactured or produced by small business concerns in the United States or its outlying areas. If this procurement is processed under simplified acquisition procedures and the total amount of this contract does not exceed $25,000, a small business concern may furnish the product of any domestic firm. This paragraph does not apply in connection with construction or service contracts.

    (2) The _____ *[insert name of SBA's contractor]* will notify the Army Contracting Command – Rock Island Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

(End of Clause)

**3.   52.233-2 SERVICE OF PROTEST (SEP 2006)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Paul A. Bennett, Contracting Officer, ACC-RI, 1 Rock Island Arsenal, Building 60, 3rd Floor, Rock Island, IL 61299.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of Provision)

**4.   52.211-15  DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (APR 2008)**

This is a rated order certified for national defense, emergency preparedness, and energy program use, and the Contractor shall follow all the requirements of the Defense Priorities and Allocations System regulation (15 CFR 700).

(End of Clause)

**5.   52.0000-4000 03  ELECTRONIC AWARD NOTICE (SEP 2005)**

a.  Any contract awarded as a result of this solicitation will be posted to the Army Single Face to Industry (ASFI)under Procurement Notification; the Federal Business Opportunities (FedBizOps); and/or the Electronic Document Access (EDA) Websites (see addresses below).   Paper copies will not be distributed.  This is a material condition of the solicitation and by submission of a bid or proposal, the vendor agrees to accept notification of an electronic award transmitted in the manner described above.

b.  Notice of award to the awardee will be issued only via electronic mail.  Vendors who wish to be notified if they receive an award as a result of this solicitation must provide their electronic mail address in the space provided below.  If the vendor fails to provide an electronic mail address, then a separate notice of award will not be provided and it shall be the sole responsibility of the vendor to periodically check the Army Single Face To Industry (ASFI) web site https://acquisition.army.mil/asfi/ and/or the Federal Business Opportunities (FedBizOpps) web site

http://www.fbo.gov/ and/or the Electronic Document Access (EDA) web site http://eda.ogden.disa.mil/ to determine if he/she has received an award. In this event, the vendor's failure to check any of the three web sites mentioned above in a timely manner shall not be an excuse for failure to perform or grounds for a delivery schedule extension.

c. Notice of award to unsuccessful offerors shall be issued only via electronic mail from the Contracting Office and/or the FedBizOpps/Vendor Notification and/or ASFI/Procurement Notifications features. Vendors who wish to receive an electronic mail notice if they are unsuccessful must provide an electronic mail address in the space provided below. If the vendor fails to provide an electronic mail address, then a separate notice will not be provided, and it shall be the sole responsibility of the vendor to periodically check the FedBizOpps/Vendor Notification or the ASFI/Procurement Notifications to determine if an award has been made. In this event, the vendor's failure to check these sites to determine if an award has been made shall not constitute grounds for an extension of the ten (10) day protest period allowed by regulation.

VENDOR'S ELECTRONIC MAIL (E-MAIL) ADDRESS: _____

NOTE: For EDA registration guidance and information please go to http://eda.ogden.disa.mil. The registration process will accommodate Contractor and Government users. For FedBizOpps registration guidance and information please go to http://www.fedbizopps.gov and for registration guidance and information for ASFI go to https://acquisition.army.mil/asfi/
(End of Notice)

**6. 52.0000-4000 04 ASFI NOTICE (SEP 2005)**

NOTE: Effective immediately

Contractors are requested to use ASFI to view solicitations and amendments.
To view the Rock Island Contracting Center's solicitations/amendments go to https://acquisition.army.mil/asfi/ and click on the link Contracting Opportunities Search. Under the title Select Contracting Office type in a W52P1J%. Click the Continue Button at the bottom of the screen. The next page will give a listing of all open solicitations/amendments for Rock Island Contracting Center. Please contact the contract specialist listed on the solicitation/amendment for instructions with your bid response. You can also bid electronically using the ASFI bid response module. For guidance and information of the electronic bidding response system please go to https://acquisition.army.mil/asfi/ and click on the link ASFI FAQ Page.
(End of Notice)

**7. 52.0000-4001CLAUSES/SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-1/52.252-2)**

This solicitation incorporates one or more clauses and/or solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at these addresses: http://farsite.hill.af.mil/; http://www.arnet.gov/far/; http://akss.dau.mil/jsp/default.jsp;
(End of clause/provision)

**8. 52.0000-4003 DISCLOSURE OF UNIT PRICE INFORMATION (JUN 2005)**

This constitutes notification pursuant to Executive Order 12600, Pre-Disclosure Notification Procedures for Confidential Commercial Information (June 23,1987), of our intention to release unit prices of the awardee in response to any request under the Freedom of Information Act, 5 USC 552. Unit price is defined as the contract price per unit or item purchased. We consider any objection to be waived unless the Contracting Officer is notified of your objection to such release prior to submission of initial proposals.
(End of clause)

**9.   52.211-14  NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE, EMERGENCY PREPAREDNESS, AND ENERGY PROGRAM USE (APR 2008)**

Any contract awarded as a result of this solicitation will be [ ] DX rated order; [ X ] DO rated order certified for national defense, emergency preparedness, and energy program use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all of the requirements of this regulation.

(End of Provision)

**10.   52.247-34 F.O.B. DESTINATION (NOV 1991)**

(a) The term "f.o.b. destination," as used in this clause, means--

(1) Free of expense to the Government, on board the carrier's conveyance, at a specified delivery point where the consignee's facility (plant, warehouse, store, lot, or other location to which shipment can be made) is located; and

(2) Supplies shall be delivered to the destination consignee's wharf (if destination is a port city and supplies are for export), warehouse unloading platform, or receiving dock, at the expense of the Contractor. The Government shall not be liable for any delivery, storage, demurrage, accessorial, or other charges involved before the actual delivery (or "constructive placement" as defined in carrier tariffs) of the supplies to the destination, unless such charges are caused by an act or order of the Government acting in its contractual capacity. If rail carrier is used, supplies shall be delivered to the specified unloading platform of the consignee. If motor carrier (including "piggyback") is used, supplies shall be delivered to truck tailgate at the unloading platform of the consignee, except when the supplies delivered meet the requirements of Item 568 of the National Motor Freight Classification for "heavy or bulky freight." When supplies meeting the requirements of the referenced Item 568 are delivered, unloading (including movement to the tailgate) shall be performed by the consignee, with assistance from the truck driver, if requested. If the contractor uses rail carrier or freight forwarded for less than carload shipments, the contractor shall ensure that the carrier will furnish tailgate delivery, when required, if transfer to truck is required to complete delivery to consignee.

(b) The Contractor shall--

(1)(i) Pack and mark the shipment to comply with contract specifications; or

(ii) In the absence of specifications, prepare the shipment in conformance with carrier requirements;

(2) Prepare and distribute commercial bills of lading;

(3) Deliver the shipment in good order and condition to the point of delivery specified in the contract;

(4) Be responsible for any loss of and/or damage to the goods occurring before receipt of the shipment by the consignee at the delivery point specified in the contract;

(5) Furnish a delivery schedule and designate the mode of delivering carrier; and

(6) Pay and bear all charges to the specified point of delivery.

(End of clause)

**11.    252.225-7002 QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (APR 2003)**

   (a) *Definition.* "Qualifying country," as used in this clause, means any country set forth in subsection 225.872-1 of the Defense Federal Acquisition Regulation (FAR) Supplement.

   (b) Subject to the restrictions in section 225.872 of the Defense FAR Supplement, the Contractor shall not preclude qualifying country sources or U.S. sources from competing for subcontracts under this contract.

(End of clause)

**12.    52.0000-4016  CONTRACTOR MANPOWER REPORTING (CMR) (APR 2005)**

[NOTE:  THIS CLAUSE APPLIES ONLY TO CONTRACTS OVER $25,000.00]
The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor will report ALL contractor manpower (including subcontractor manpower) required for performance of this contract. The contractor is required to completely fill in all the information in the format using the following web address:  https://contractormanpower.army.pentagon.mil  The required information includes:
(1) Contracting Office, Contracting Officer, Contracting Officer's Technical Representative;
(2) Contract number, including task and delivery order number;
(3) Beginning and ending dates covered by reporting period;
(4) Contractor name, address, phone number, e-mail address, identity of contractor employee entering data;
(5) Estimated direct labor hours (including sub-contractors);
(6) Estimated direct labor dollars paid this reporting period (including sub- contractors);
(7) Total payments (including sub-contractors);
(8) Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each sub-contractor if different);
(9) Estimated data collection cost;
(10) Organizational title associated with the Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the purposes of reporting this information);
(11) Locations where contractor and sub-contractors perform the work (specified by zip code in the United States and nearest city, country, when in an overseas location, using standardized nomenclature provided on website);
(12) Presence of deployment or contingency contract language; and
(13) Number of contractor, and sub-contractor employees deployed in theater this reporting period (by country).
As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending September 30 of each government fiscal year and must be reported by 31 October of each calendar year.
Contractors may use a direct XML data transfer to the database server or fill in the fields on the website. The XML direct transfer is a format for transferring files from a contractor's systems to the secure web site without the need for separate data entries for each required data element at the web site. The specific formats for the XML direct transfer may be downloaded from the web site.  (End of  Provision)

**13.  52.0000-4037  U.S. DEPARTMENT OF LABOR WAGE DETERMINATIONS (MAY 1993)**

ONLY THOSE ITEMS MARKED WITH AN 'X' APPLY:

[X]  (a) The following United States Department of Labor Wage Rates Decision Number is applicable to this procurement:  **Wage Determination # 2005-2433, Revision 10, dated 09/27/2010**

[     ] (b) Wage determinations of the Secretary of Labor are attached.

[X] (c) Wage determinations are not attached:

       [     ] are not applicable to this solicitation.

       [     ] are pending decision by Department of Labor and may be added by amendment.

(End of clause)


**14.  52.0000-4834  AMC-LEVEL PROTEST PROGRAM (DEC 2010)**

If you have complaints about this procurement, it is preferable that you first attempt to resolve those concerns with the responsible Contracting Officer.  However, you can also protest to Headquarters, AMC.  The HQ, AMC-Level Protest Program is intended to encourage interested parties to seek resolution of their concerns within AMC as an Alternative Dispute Resolution forum, rather than filing a protest with General Accounting Office or other external forum.  Contract award or performance is suspended during the protest to the same extent, and within the same time periods, as if filed at the GAO.  The AMC protest decision goal is to resolve protests within 20 working days from filing.  To be timely, protests must be filed within the periods specified in FAR 33.103.  Send protests (other than protests to the Contracting Officer) to:

    HQ, Army Materiel Command
    Office of Command Counsel
    ATTN: AMCCC-PL
    9301 Chapek Rd  2-1SE3401
    Fort Belvoir VA  22060-5527

    Facsimile number (703) 806-8866/8875
    Voice Number (703) 806-8762

Packages sent by FedEx or UPS should be addressed to:

    HQ Army Materiel Command
    Office of Command Counsel
    Room 2-1SE3401
    1412 Jackson Loop
    Ft. Belvoir, VA  22060-5527

The AMC-level protest procedures are found at:

  www.amc.army.mil/pa/commandcounsel.asp

If Internet access is not available, contact the Contracting Officer or HQ, AMC Office of Command Counsel at (703) 806-8762 to obtain the AMC-Level Protest Procedures.

**15.  52.0000-4918  AUTHORITY OF GOVERNMENT REPRESENTATIVE (FEB 2001) (AFSC 52.201-4500)**

The contractor is advised that contract changes, such as engineering changes, will be authorized only by the Contracting Officer or his authorized representative in accordance with the terms of the contract.  No other Government representative, whether in the act of technical supervision or administration, is authorized to make any commitment to the Contractor or to instruct the Contractor to perform or terminate any work, or to incur any obligation.  Project Engineers, Technical Supervisors and other groups are not authorized to make or otherwise direct changes which in any way affect the contractual relationship of the Government and the Contractor.
(End of clause)

**16.  52.209-5 CERTIFICATION REGARDING RESPONSIBILITY MATTERS (APR 2010)**

 (a)

                (1) The Offeror certifies, to the best of its knowledge and belief, that --

                        (i) The Offeror and/or any of its Principals --

                                (A) Are [_] are not [_] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

                                (B) Have [_] have not [_], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation); and

                                (C) Are [_] are not [_] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision; and

                                (D) Have [_], have not [_], within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains unsatisfied.

                                        *(1) Federal taxes are considered delinquent if both of the following criteria apply:*

                                                *(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the*

liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

*(ii) The taxpayer is delinquent in making payment.* A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

*(i)* The taxpayer has received a statutory notice of deficiency, under I.R.C. §6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

*(ii)* The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. §6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

*(iii)* The taxpayer has entered into an installment agreement pursuant to I.R.C. §6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

*(iv)* The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii) The Offeror has [[_] has not [_], within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principal," for the purposes of this certification, means an officer; director; owner; partner; or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of Provision)

## 17.  52.209-7  INFORMATION REGARDING RESPONSIBILITY MATTERS (JAN 2011)

 (a) *Definitions*. As used in this provision—

"Administrative proceeding" means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.*, Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceeding at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

"Federal contracts and grants with total value greater than $10,000,000" means—

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror [_] has [_] does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

(i) In a criminal proceeding, a conviction.

(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii) In an administrative proceeding, a finding of fault and liability that results in—

(A) The payment of a monetary fine or penalty of $5,000 or more; or

(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the Central Contractor Registration database at http://www.ccr.gov (see 52.204-7).

(End of provision)

## 18. 52.209-9  UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (JAN 2011)

(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the Central Contractor Registration database at http://www.ccr.gov .

(b)

(1) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(2) The Contractor will have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, *i.e.,* for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3)

(i) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(ii) As required by section 3010 of Public Law 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

(End of clause)

**19.   52.0000-4000 02  NON-RELEASE OF CONTRACT INFORMATION (MAR 2000)**

1.  Any proprietary, confidential commercial, trade secret or similar type of information in the contract resulting from this solicitation may not be released to anyone outside the Government.
2.  Do not release proprietary, confidential commercial, trade secret or similar type of information from this contract to anyone inside the Government that does not have a legitimate need to know the information.
3.  If in doubt about what information in the contract may be released, contact the Contracting Officer.
4.  Criminal penalties are provided by 18 U.S.C. for the improper release of proprietary and/or confidential commercial information.  (End of notice)

**20.   52.0000-4009 ONLINE REPRESENTATIONS AND CERTIFICATIONS APPLICATION (ORCA) (JUN 2005)**

Notice to All Contractors:  In a final rule contained in the Federal Acquisition Circular 01-26 (Item I, FAR Case 2002-24) published in the Federal Register on December 20, 2004, the Federal Acquisition Regulation was amended to require offerors to submit representations and certifications electronically via the Business Partner Network.  Offerors shall complete an Online Representations and Certifications Application (ORCA) as soon as possible.  This solicitation requires online certifications and representations.  Failure to complete the ORCA registration may make the offeror ineligible for award.  The ORCA can be found at http://orca.bpn.gov. (End of narrative)

**21.   52.0000-4034 I  ACCESS AND WORKING HOURS (JUN 1994)**

**<span style="color:red">McAlester Army Ammunition Plant:</span>**
1.  Working hours shall conform to those presently established in the **<span style="color:red">Scope of Work and Required Staffing Levels.</span>**

2.  Permission must be obtained in writing from the Contracting Officer to deviate from the working hours specified.

3.  The Federal Holidays are:  New Year's Day, January 1; Martin Luther King Day, 3rd Monday in January; President's Day, 3rd Monday in February; Memorial Day, last Monday in May; Independence Day, July 4; Labor Day, 1st Monday in September; Columbus Day, 2nd Monday in October; Veteran's Day, November 11; Thanksgiving Day, 4th Thursday in November;  Christmas Day, December 25.

 4.  If a holiday falls on Saturday, the preceding Friday is a holiday.  If a holiday falls on Sunday, the following Monday is a holiday.  (End of provision)

**22.   52.0000-4036  REQUIRED INSURANCE (DEC 2010)**


Pursuant to paragraph (a) of FAR Clause 52.228-5, "Insurance – Work on a Government Installation", or FAR Clause 52.228-7, "Insurance – Liability to Third Persons", the Contractor shall procure and maintain the following insurance during the entire period of performance under this contract:

<u>TYPE</u>                        <u>AMOUNT</u>
Worker's Compensation         As required by Law

Employer's Liability            Minimum liability limit $100,000

General Liability               Minimum bodily injury limits, $500,000 per occurrence

Automobile Liability           Minimum liability of $200,000 per person, $500,000 per occurrence for bodily injury, and $20,000 per occurrence for property damage

Aircraft Public and Passenger     Coverage required when contract performance
Liability                   involves use of aircraft: Minimum liability of $200,000 per person, $500,000 per occurrence for bodily injury, other than passenger liability, and $200,000 per occurrence for property damage. Passenger liability shall be at least $200,000 multiplied by the number of seats or number of passengers, whichever is greater.

Vessel Collision Liability       Coverage required when contract performance involves use of vessels: Minimum liability of $5,000,000 or the market value of the property being shipped by vessel, whichever is greater

(End of clause)

**23.   52.0000-4167  AUTHORIZED SIGNATURE (MAR 2000)**

The signature on this solicitation, offer or contract should be the signature of:
(a) A Corporate Officer (President, Vice-President, Treasurer, Secretary); or,
(b) An individual authorized in writing by a Corporate Officer to bind the company to a legal document.
(End of Provision)


**24.   52.0000-4611  EVALUATION OF OPTIONS (JUL 1990) (FAR 52.217-5)**

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).
(End of provision)

NOTE TO FAR CLAUSE 52.217-5:

(a) All evaluation factors identified in the solicitation, except for F.O.B. origin transportation costs, will be applied to the option quantity for evaluation purposes.
(b) If the offeror does not offer an option price, the lowest price offered for the item(s) shall be the price used for evaluation of any option quantities.
(c) If varying prices are offered for the evaluated option, the Government will evaluate the total evaluated option quantity by using the highest option price offered.
(d) If an offeror takes exception to the evaluated option, the Government may determine the offer to be nonresponsive/unacceptable.
(e) If this solicitation contains a quantity variation, variations in quantity will not be considered in evaluation for award.  (END OF NOTE)


## 25.   52.0000-4055 SITE VISIT (APRIL 1984)(FAR 52.237-1)


Offerors or quoters are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable.  In no event shall failure to inspect the site constitute grounds for a claim after contract award.  (End of provision)
NOTE TO FAR CLAUSE 52.237-1:

THERE WILL BE ONLY ONE SITE VISIT.  THIS IS SCHEDULED for 1:00 P.M. **23 June 2011** AT MCALESTER ARMY AMMUNITION PLANT (MCAAP).  There will be a limit of 2 people from each prospective contractor.  All technical questions prior to site visit or resulting from site visit must be submitted in writing to Stephanie Brown, Contract Specialist, stephanie.a.brown127.civ@mail.mil by close of business **Monday, 27 June 2011** following the site visit.


(END OF NOTE)


## 26.   52.0000-4302 30 PROMPT PAYMENT (JUNE 1997) (FAR 52.232-25)

Paragraph (a)(5)(i) is included in full text for the information on constructive acceptance.  The remainder of the clause is incorporated by reference.  The full text of the entire clause can be requested from the Contracting Officer or found on the Internet at one of the following sites:  http://www.arnet.gov/far, http://farsite.hill.af.mil, or http://www.deskbook.osd.mil.  THE CONSTRUCTIVE ACCEPTANCE TIME PERIOD STATED IN THIS CLAUSE SUPERSEDES ANY OTHER PERIOD OF CONSTRUCTIVE ACCEPTANCE THAT MAY BE STATED ELSEWHERE IN THIS SOLICITATION/CONTRACT.
============================================================================
...
(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance shall be deemed to have occurred constructively on the 30th day (unless otherwise specified in this contract) after the Contractor delivered the supplies or performed the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. In the event that actual acceptance occurs within the constructive acceptance period, the determination of an interest penalty shall be based on the actual date of acceptance.  The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.
...
============================================================================
(End of clause)

**27.   52.0000-4919  CONTRACTOR PERFORMANCE INFORMATION (DECEMBER 2005)**

The successful offeror/bidder under this solicitation is advised that after contract award its performance under this contract will be subject to an assessment(s) in accordance with FAR 42.15 and AFARS 5142.1503-90. The Army Past Performance Information Management System (PPIMS) will be used to maintain the performance report(s) generated on this contract.  The rating system to be used in this assessment shall be as follows:

Exceptional (Dark Blue) – Performance meets contractual requirements and exceeds many to the Government's benefit. The contractual performance of the element or sub element being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective.

Very Good (Purple) – Performance meets contractual requirements and exceeds some to the Government's benefit. The contractual performance of the element or sub element being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective.

Satisfactory (Green) – Performance meets contractual requirements. The contractual performance of the element or sub element contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory.

Marginal (Yellow) – Performance does not meet some contractual requirements. The contractual performance of the element or sub element being assessed reflects a serious problem for which the contractor has not yet identified corrective actions. The contractor's proposed actions appear only marginally effective or were not fully implemented.

Unsatisfactory (Red) – Performance does not meet most contractual requirements and recovery is not likely in a timely manner. The contractual performance of the element or sub element contains serious problem(s) for which the contractor's corrective actions appear or were ineffective.

The evaluation procedures to be used in this assessment, which include coordination with the contractor, are detailed in AFARS 5142.1503-90.

(End of clause)


**28.   52.217-8 OPTION TO EXTEND SERVICES (NOVEMBER 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days of the end of the period of performance.

(End of Clause)

**29.   52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MARCH 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days of the end of the period of performance; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of Clause)

**30.   252.204-7006  BILLING INSTRUCTIONS (OCTOBER 2005)**

When submitting a request for payment, the Contractor shall—

(a) Identify the contract line item(s) on the payment request that reasonably reflect contract work performance; and

(b) Separately identify a payment amount for each contract line item included in the payment request.

(End of clause)

**31.   252.219-7009  SECTION 8(a) DIRECT AWARD (SEPTEMBER 2007)**

(a) This contract is issued as a direct award between the contracting office and the 8(a) Contractor pursuant to the Partnership Agreement between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA, even if not identified in Section A of this contract, is the prime contractor and retains responsibility for 8(a) certification, for 8(a) eligibility determinations and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:

_____
_____
_____
_____

*[To be completed by the Contracting Officer*
*at the time of award]*

(b) The contracting office is responsible for administering the contract and for taking any action on behalf of the Government under the terms and conditions of the contract; provided that the contracting office shall give advance notice to the SBA before it issues a final notice terminating performance, either in whole or in part, under the contract. The contracting office also shall coordinate with the SBA prior to processing any novation agreement. The contracting office may assign contract administration functions to a contract administration office.

(c) The 8(a) Contractor agrees that

(1) It will notify the Contracting Officer, simultaneous with its notification to the SBA (as required by SBA's 8(a) regulations at 13 CFR 124.308), when the owner or owners upon whom 8(a) eligibility is based plan to relinquish ownership or control of the concern. Consistent with Section 407 of Pub. L. 100-656, transfer of ownership or control shall result in termination of the contract for convenience, unless the SBA waives the requirement for termination prior to the actual relinquishing of ownership and control; and

(2) It will not subcontract the performance of any of the requirements of this contract without the prior written approval of the SBA and the Contracting Officer.

(End of clause)

**32.   252.219-7010 ALTERNATE A (JUNE 1998)**

As prescribed in 219.811-3(2), substitute the following paragraph (c) for paragraph (c) of the clause at FAR 52.219-18:

> (c) Any award resulting from this solicitation will be made directly by the Contracting Officer to the successful 8(a) offeror selected through the evaluation criteria set forth in this solicitation.

**33.   52.242-4591 CONTRACTOR PERFORMANCE INFORMATION (DECEMBER 2005)**

The successful offeror/bidder under this solicitation is advised that after contract award its performance under this contract will be subject to an assessment(s) in accordance with FAR 42.15 and AFARS 5142.1503-90.  The Department of Defense (DoD) Contractors Performance Assessment Reporting System (CPARS) will be used to maintain the performance report(s) generated on this contract.  The rating system to be used in this assessment shall be as follows:

Exceptional (Dark Blue) – Performance meets contractual requirements and exceeds many to the Government's benefit. The contractual performance of the element or sub element being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective.

Very Good (Purple) – Performance meets contractual requirements and exceeds some to the Government's benefit. The contractual performance of the element or sub element being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective.

Satisfactory (Green) – Performance meets contractual requirements. The contractual performance of the element or sub element contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory.

Marginal (Yellow) – Performance does not meet some contractual requirements. The contractual performance of the element or sub element being assessed reflects a serious problem for which the contractor has not yet identified corrective actions. The contractor's proposed actions appear only marginally effective or were not fully implemented.

Unsatisfactory (Red) – Performance does not meet most contractual requirements and recovery is not likely in a timely manner. The contractual performance of the element or sub element contains serious problem(s) for which the contractor's corrective actions appear or were ineffective.

The evaluation procedures to be used in this assessment, which include coordination with the contractor, are detailed in AFARS 5142.1503-90.

(End of clause)